# Court of Appeals
# of the State of Georgia

ATLANTA, _August 27, 2020_

*The Court of Appeals hereby passes the following order:*

**A21E0008.  ALEXUS NICOLE STEWART v. QUINCY BOOKER.**

Alexus Nicole Stewart has filed an "Emergency Motion for Supersedeas and Other Relief Pursuant to Court of Appeals Rule 40 (b)."  This Court has authority to issue emergency orders under Rule 40 (b) "as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." As stated in the rule, this Court shall exercise this power "sparingly." Because Stewart's motion fails to meet the aforementioned criteria, her motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/27/2020_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*